UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>    v.<br><br>JOSEPH LUTES<br><br>                    Defendant. | CASE NO. 1:21-CR-00172-NONE-SKO<br><br>**UNSEALING ORDER** |

    Good cause due to the defendant's pending initial appearance on the Indictment in the Northern District of Indiana, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

DATED: 7/27/2021

                                                                                               _____
                                                                                               HON. SHEILA K. OBERTO
                                                                                               UNITED STATES MAGISTRATE JUDGE