**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for JOSEPH LUTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH LUTES,<br><br>Defendant. | No. 1:21-cr-00172-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND ORDER** |

On July 1, 2021, Joseph Lutes was indicted on federal charges. Timothy Hennessy was appointed as trial counsel to represent Mr. Lutes on 1:21-cr-00172-JLT-SKO in his criminal case. Mr. Lutes was sentenced pursuant to a plea agreement on September 11, 2023. The time for filing a direct appeal was October 10, 2023. No direct appeal was filed. Mr. Lutes was out of custody at sentencing. Having completed his representation of Mr. Lutes, Timothy Hennessy now moves to terminate his appointment under the Criminal Justice Act.

/
//
///

1  Should Mr. Lutes require further legal assistance he has been advised to contact the
2  Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,
3  Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-
4  free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: October 10, 2023                    Respectfully submitted,


                                           /s/*Timothy Hennessy*
                                           Timothy Hennessy
                                           Attorney for Joseph Lutes

**ORDER**

Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Joseph Lutes at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Joseph Lutes
2487 Stonecorp Road
Huntertown, Indiana 46748


IT IS SO ORDERED.

Dated: __October 12, 2023__                              _Jennifer L. Thurston_
                                                        UNITED STATES DISTRICT JUDGE