**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com
Attorney for JOSEPH LUTES

FILED

FEB 15 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOSEPH LUTES,<br><br>　　　　　Defendant. | No. 1:21-cr-00172-JLT-SKO<br><br>**DEFENDANT'S MOTION TO EXONERATE BOND; ORDER** |

Defendant Joseph Lutes hereby moves the court under Fed. R. Crim. P. 46(g) for exoneration of the cash bond and full reconveyance of the $5,000.00 cash posted by Mr. Doug Long See Dkt. #13, #15. On September 17, 2021, the Court ordered Mr. Lutes released on conditions including a $5,000.00 cash bond, which was posted on September 17, 2021, See Dkt. #13, #15. The case against Mr. Lutes was concluded on September 11, 2023. See Dkt. #49. Since no conditions of the bond remain to be satisfied, Mr. Long is now requesting that the $5,000.00 cash bond be exonerated and reconveyed to him pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Dated: February 15, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/*Timothy Hennessy*
　　　　　　　　　　　　　　　　　　　　　　Timothy Hennessy
　　　　　　　　　　　　　　　　　　　　　　Attorney for Joseph Lutes

## ORDER

The Court finds that Joseph Lutes has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $5,000.00 cash bond in the above-captioned case and reconvey the cash to Doug Long who originally posted the cash bond.

**IT IS SO ORDERED**

Dated: 2/15/24

UNITED STATES MAGISTRATE JUDGE